IN THE SUPREME COURT OF THE STATE OF NEVADA

JACQUELINE GIBSON,
                Appellant,
vs.
CONSTANCE LUCKIE, D/B/A
AUTOMOBILE CLUB INTER-
INSURANCE EXHANGE,
                Respondent.

No. 83559

FILED

OCT 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court final judgment. Eighth Judicial District Court, Clark County; Nadia Krall, Judge.

Review of the notice of appeal and documents submitted to this court reveals jurisdictional defects. Appellant states she appeals from an order entered on August 23, 2021, and a copy of the order is attached to the notice of appeal as exhibit A. Exhibit A to the notice of appeal is a minute order. A minute order is not appealable. *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (providing that a minute order is "ineffective for any purpose and cannot be appealed"). Moreover, even assuming that the district court has entered a written order in accordance with the minute order, such a written order is also unappealable. The minute order relates to an appeal from a justice court matter and affirms the ruling of the justice court. However, the district courts have final appellate jurisdiction over cases arising in the justice

courts. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction, and ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Stiglich                                                  Silver


cc:    Hon. Nadia Krall, District Judge
       Jacqueline Gibson
       Ford, Walker, Haggerty & Behar/Las Vegas
       Eighth District Court Clerk